# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1764

_____

| | | |
|---|---|---|
| James A. Marcucci, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| City of Virginia, Minnesota; | * | |
| Commission of the Department of | * | [UNPUBLISHED] |
| Public Utilities of the City of | * | |
| Virginia, Minnesota, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 5, 1999
Filed: April 20, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

James Marcucci appeals from the district court's[1] grant of summary judgment to his employer, the Department of Public Utilities for the City of Virginia, Minnesota (PUC), in this failure-to-promote employment discrimination action under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621-634. Upon de novo

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

review, see Lynn v. Deaconess Med. Ctr.-West Campus, 160 F.3d 484, 486 (8th Cir. 1998), we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.